UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DANA M. LYNN ) <br> ) <br> Et. Al. ) <br> Defendants. ) <br> ) | Civil Action <br> No. 19-2000 <br><br> Jury Trial Demanded |

## PROPOSED ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated: _____

_____
Hon. Wendy Beetlestone, J.

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>DANA M. LYNN<br><br>Et. Al.<br>Defendants. | Civil Action<br>No. 19-2000<br><br>Jury Trial Demanded |

## MOTION FOR PERMISSION TO USE ECF/EFILING

Plaintiff ANDREW R. PERRONG respectfully moves for leave of the court to permit *pro se* registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER login. Plaintiff consents to electronic service of documents. Plaintiff agrees to abide by all applicable rules and requirements concerning the use of ECF. Plaintiff already has an ECF login and has been granted access to and used ECF responsibly in past cases before this court.

Dated: **May 13, 2019**

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1





From: Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

FIRST CLASS

TO: Clerk of Court
US District Court, ED PA
601 Market Street
Room 2609
Philadelphia PA 19106