UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG** )<br>1657 The Fairway #131 Jenkintown, PA 19046 )<br>)<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**Management Solutions Group, LLC** )<br>**et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action<br>No.   19-2000<br><br><br><br>Jury Trial Demanded |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all the parties have agreed on the general terms of a settlement and intend to dismiss this matter once the settlement is finalized, at which time, parties will file an appropriate stipulation of dismissal. Parties request that the court grant any temporary stays it deems necessary to effectuate finalization of settlement, including a stay of the initial pretrial conference scheduled for August 19.

Dated: **August 6, 2019**

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

cc: All counsel of record